

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Edgar Parker Taddeo,

\* From the 266th District Court
   of Erath County,
   Trial Court No. 22FAMDC-00087.

Vs. No. 11-23-00273-CV

\* January 4, 2024

Diane Mae Taddeo,

\* Memorandum Opinion by Trotter, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Edgar Parker Taddeo.